UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Lori Pettis a/k/a Lori Spruiell, a/k/a Lori Herron | |
| | Chapter 13 |
| *Debtor(s),* | |
| | Case No. 15-24189 |
| | Judge Bruce W. Black |

## NOTICE OF MOTION

TO: SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON January 8, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, U.S. Bankruptcy Judge, 150 West Jefferson Street, 2nd Fl, Joliet, Illinois and shall then and there present the attached Motion, at which time you may appear if you so desire.

## CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 23, 2015, with proper postage prepaid.

    Pierce & Associates, P.C.

| | |
|---|---|
| *THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE* | /s/ Kinnera Bhoopal<br>Kinnera Bhoopal<br>ARDC#6295897<br>1 N. Dearborn St. Suite 1300<br>Chicago, IL 60602<br>(312) 346-9088 |

251612

## **NOTICE OF MOTION ADDRESSES**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, IL 60532
**by Electronic Notice through ECF**

To Debtor:
Lori Pettis aka Lori Spruiell
17 Brook Park Lane
Park Forest, IL 60466
**by U.S. Mail**


To Attorney:
Michael Oreluk
Schaller Law Firm, P.C.
700 Commerce Drive Suite 500
Oak Brook, IL 60523
**by Electronic Notice through ECF**


Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

251612

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Lori Pettis a/k/a Lori Spruiell, a/k/a Lori Herron

*Debtor(s),*

Chapter 13

Case No. 15-24189

Judge Bruce W. Black

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES CitiMortgage, Inc., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 17 Brook Park Lane, Park Forest, IL 60466, be Modified, stating as follows:

1. On July 16, 2015, the above captioned Chapter 13 was filed.

2. On November 2, 2015, the above captioned Chapter 13 was confirmed.

3. CitiMortgage, Inc. services the first mortgage lien on the property located at 17 Brook Park Lane, Park Forest, IL 60466.

4. Debtor's plan calls for the surrender of the property commonly known as 17 Brook Park Lane, Park Forest, IL 60466.

5. CitiMortgage, Inc. continues to be injured each day it remains bound by the Automatic Stay.

6. CitiMortgage, Inc. is not adequately protected.

7. The property located at 17 Brook Park Lane, Park Forest, IL 60466 is not necessary for the debtor's reorganization.

8. The debtor has no equity in the property for the benefit of unsecured creditors.

13. Citimortgage, Inc. services the loan on the property referenced in this Motion for relief. In the event the Automatic Stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of CitiMortgage, Inc., Noteholder. Noteholder, directly or through an agent, has possession of the promissory note. The promissory Note is either made payable to Noteholder or has been duly endorsed.

14. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 17 Brook Park Lane, Park Forest, IL 60466, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to CitiMortgage, Inc. to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

CitiMortgage, Inc.

/s/Kinnera Bhoopal
Kinnera Bhoopal
ARDC#6295897

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088